## RECONSIDERATION OF PRIOR DECISIONS

**2009–0580.   Erwin v. Bryan.**
Tuscarawas App. No. 08–CA–28, 2009-Ohio-758. Reported at 125 Ohio St.3d 519, 2010-Ohio-2202, 929 N.E.2d 1019. On motion for reconsideration. Motion denied.

BROWN, C.J., and PFEIFER, J., dissent.

DIANE V. GRENDELL, J., of the Eleventh Appellate District, sitting for CUPP, J.

**2009–2218.   State v. Pilgrim.**
Franklin App. No. 08AP–993, 184 Ohio St.3d 675, 2009-Ohio-5357. Reported at 125 Ohio St.3d 1437, 2010-Ohio-2212, 927 N.E.2d 10. On motion for reconsideration. Motion denied.

**2009–2295.   State ex rel. Williams v. Bessey.**
Franklin App. No. 08AP–158, 2009-Ohio-5852. Reported at 125 Ohio St.3d 447, 2010-Ohio-2113, 928 N.E.2d 1091. On motion for reconsideration. Motion denied. Motions for equitable estoppel and for stay denied as moot.